In re Stelly, John; — Defendants); applying for supervisory and/or remedial writ; Parish of Lafayette, 15th Judicial District Court, Div. “K”, No. 54514; to the Court of Appeal, Third Circuit, No. KW92-0164.
Granted. This case is remanded to the Third Circuit Court of Appeal for reconsideration in light of State v. Armour, 564 So.2d 360 (La.App. 5th Cir.1990), writ denied, 569 So.2d 961 (La.1990); State v. O’Doyle, 539 So.2d 1273 (La.App. 3rd Cir.1989); State v. Mims, 552 So.2d 664 (La. App. 2nd Cir.1989).